**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6397**

_____

ROBERT LOUIS GARRETT, JR., a/k/a Chubby, a/k/a Chubb, a/k/a Tru, a/k/a Kweli, a/k/a Justice,

    Plaintiff - Appellant,

  v.

NP AMY ENLOE; NURSE LINDSEY HARRIS; NURSE KATHERINE W. BURGESS; UNKNOWN SCDC MEDICAL ADMINISTRATOR AT SCDC HEADQUARTERS; LLD B. JACOBS,

    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:19-cv-01953-CMC)

_____

Submitted:  September 8, 2022        Decided:  September 12, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Louis Garrett, Jr., Appellant Pro Se.  David Allan DeMasters, DAVIDSON, WREN & DEMASTERS, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Louis Garrett, Jr., a South Carolina prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Garrett's 42 U.S.C. § 1983 civil rights action for failure to prosecute. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended dismissal for failure to prosecute because Garrett had not responded to Defendants' summary judgment motion—despite being granted two extensions for doing so—and advised Garrett that failure to file timely, specific objections to the recommendation would waive appellate review of a district court order based on the recommendation. Garrett filed no objections.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Garrett has waived appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2